STEINHARDT PROPERTIES, INC., a Florida corporation, v. GEORGIAN HOTEL, INC., a Florida corporation.

7 So. (2nd) 130            En Banc
March 24, 1942      Rehearing Denied April 14, 1942

Meyer, Davis & Weiss, and Darrey A. Davis, for appellant.

L. Earl Curry, for appellees.

PER CURIAM:

This cause having herefore been submitted to the Court upon the transcript of the record of the final decree herein, and briefs and argument of counsel

for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said final decree; it is, therefore, considered, ordered and adjudged by the Court that the said final decree of the circuit court, be and the same is hereby affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, TERRELL, BUFORD, CHAPMAN, and ADAMS, JJ., concur.

THOMAS, J., dissents.